UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: )
)
CATHY R. FLOCK a/k/a ) Case No. 04-73051
CATHY R. SLATER )
) **Honorable Manuel Barbosa**
)
Debtor. )

## REPORT OF TRUSTEE IN NO-ASSET CASE

By: Megan G. Heeg, Trustee

The Trustee named above hereby reports as follows with respect to the above captioned chapter 7 case:

1. **DOCUMENTS FILED:** (Check only those documents filed)
   ☒ schedules  ☒ statement of affairs  ☒ schedule of income & expenses
   Rule 2016(b) affidavit.  IF FILED: amount of professional fees paid $361 total promised $361

2. **REPORT OF 341 MEETING:**
   a)   Date 341 scheduled: 8/13/2004
   b)   ☒ Concluded above   ☐ concluded on _____
        ☐ Debtor(s) never appeared
        ☒ The attorney for the Debtor appeared  ☐ did not appear

3. **REPORT AS TO DEBTOR'S COMPLIANCE WITH SECTION 521(2)**
   a)   ☒ Statement of Intention filed
   b)   ☐ Statement of Intention not filed

4. ☒ **FINDING OF NO ASSETS:** The Trustee has neither received any property nor paid any money on account of this estate, and, after diligent inquiry into the property of this estate, believes that there are no assets in this estate to be administered for the benefit of creditors.

5. ☐ **DISMISSAL OF CASE:**
   This case was dismissed by the Court on the Motion of _____ on _____, 20___.

6. ☐ **CONVERSION OF CASE:**
   This case was converted by the Court to Chapter _____ on the motion of _____ on _____, 20___.

**WHEREFORE,** the Trustee certifies that there are no assets to be administered in this estate and that the information contained in this report is true and correct.

Dated: 8-24-04                           Signed: _____
                                                    (Trustee)

*FILED AUG 25 2004 — KENNETH S. GARDNER, DEPUTY CLERK, UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS*